# EXHIBIT A

A UnitedHealthcare Company

October 21, 2024

**<u>Via email: sisaacs763@gmail.com</u>**

Shawn Isaacs
136 S. Coleman St.
Carrollton, GA 30117

Re: Alleged Violations of the Telephone Consumer Protection Act ("TCPA")

Dear Mr. Isaacs:

Your complaint has been forwarded to my office for investigation. Please direct all further communications to me. USHEALTH Advisors, LLC ("Advisors") has completed its investigation of your allegation that you received text messages in violation of the TCPA, and has determined that there has been no violation of the TCPA.

By way of background, Advisors is an insurance agency that contracts with independently contracted insurance agents to market and sell its products. Advisors itself does not place any outbound marketing calls and did not place any calls to your number. Regardless, we have researched your allegations and determined that such independently contracted insurance agents did contact your number. However, this investigation also revealed that neither Advisors nor its independent contractors violated the TCPA.

In this regard, you are improperly listed on the national do-not-call list ("NDNC") and Advisors' internal do-not-call list ("IDNC"). In this regard, the implementing regulations of the TCPA prohibit the following:

> (c) No person or entity shall initiate any telephone solicitation to…
>
> > (2) <u>A **residential** telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government</u>. Such do-not-call registrations must be honored indefinitely, or until the registration is cancelled by the consumer or the telephone number is removed by the database administrator. 47 C.F.R. § 64.1200(c)(2).

Although you have registered your telephone number on the NDNC, it is not entitled to the protections afforded to **residential** numbers registered on the NDNC as you use it for business purposes, which you admit in your demand letter.

Given your admission, your number is improperly on the NDNC and is not afforded the protections of the NDNC. Therefore, the fact that your number is listed on the NDNC does not give rise to any liability under the TCPA or its implementing regulations.

I trust that this fully responds to your inquiry, but should you have any further questions, please do not hesitate to contact me.

Very truly yours,

*/s/ Erica A. Gibbs*

Erica A. Gibbs
Associate General Counsel