# EXHIBIT A

Isaacs
136 S Coleman St
Carrollton, GA 30117

ATLANTA GA RPDC 302
3 OCT 2024 PM 6 L




UWG CARROLLTON
OCT
3
2024
USPS

Consumer Affairs
9900 Bren Rd
Minnetonka, MN 55343

55343-980300

Shawn Isaacs
136 S Coleman St
Carrollton, GA 30117
Sisaacs763@gmail.com
678-763-5842
10/03/2021

Consumer Affairs
9900 Bren Rd
Minnetonka, MN 55343

Subject: Dispute Demand Letter Regarding Unsolicited Calls

Dear UnitedHealthCare and Consumer Affairs,

I am writing to formally dispute and demand an immediate cessation of unsolicited texts made to my mobile number, which is registered on the National Do Not Call Registry. Despite being registered on this list, I have received texts from your organization, in clear violation of federal regulations. Please see a screenshot of the text on the next page.

Below are the details of the unsolicited texts:

- 8/28/2024 12:08pm & 12:24pm; 8/30/2024 11:45am; 10/01/2024 2:08pm
- 248-579-8311, 361-235-5880
- On next page, you will see 3 texts from Justin in August and then 2 texts from Hannah in October

As per the Telephone Consumer Protection Act (TCPA) and the regulations set forth by the Federal Trade Commission (FTC), it is illegal to make unsolicited calls or texts to numbers registered on the Do Not Call Registry. Your company's actions not only violate federal law but also disrupt my privacy and daily activities. Under the TCPA you could be fined up to $1,500 per text. There were 5 texts sent. Therefore, I am only asking $5,000 or $1000 for each text sent for disrupting my work given I utilize my phone for both my full time job and part time with my wife's business. A check of $7,000 can be made out to the name and address above.

I demand that UnitedHealthCare cease all unsolicited texts to my mobile number immediately. Additionally, I request written confirmation within 10 days of receipt of this letter that my mobile number has been removed from your calling lists with a check payable to me for $5,000 for the interruptions in daily life and business. Failure to comply with this demand will result in further legal action.

Please acknowledge receipt of this dispute demand letter by August 13, 2024. You may contact me at Sisaacs763@gmail.com if you require any further information regarding this matter.

Sincerely,

Shawn Isaacs

(850) 518-3534

Block number

Wednesday, August 28

Hi Shawn! This is Justin with UHC! There are new private PPO medical insurance options based on health rather than income. Competitive monthly rates and nationwide coverage. May I send a quick quote? Reply "Yes" or "Cease" to be removed

12:06 PM

Yes it is, I work with private medically underwritten plans that you have to be on the healthier side to get approved but it is only based on a medical background check so no physical or blood work is needed. If you are able to get approved they offer the most affordable full coverage plans with th

View all

Sounds good, what is a good zip code and age for everyone going to be on the policy?

12:24 PM

---

1:10 30%

(361) 235-5880

This message is from an unsaved number. Beware of smishing and phishing.

Block number

Friday, August 30

Hi Shawn! This is Hannah with UHC! There are new private medical insurance options based on health rather than income. May I send a quick quote? Reply "Yes" for quote or "Cease" to be removed

11:55 AM

Tuesday, October 1

Hello Shawn! This is Hannah again! There are new private medical insurance options based on health rather than income. May I send a quick quote?

2:04 PM

---

Gmail - National Do Not Call Registry - Your Registration Is Confirmed https://mail.google.com/mail/u/0/?ik=629b536bb1&view=pt&search=a...

Gmail Shawn Isaacs <sisaacs[redacted]

## National Do Not Call Registry - Your Registration Is Confirmed

1 message

Verify@donotcall.gov <Verify@donotcall.gov> Tue, Aug 6, 2024 at 9:47 AM
To: sisaacs[redacted]

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 5842 on March 02, 2018. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.